**Exhibit A**

The information available on Case.net is provided as a service and is not considered an official court record.

Case.net:26PH-CV01738 - DANIEL M CARTER V LOVE'S TRAVEL STOPS & COUNTRY S (E-CASE) - Docket Entries

| **Respond to Selected Documents** | **Sort by date:** Descending Ascending **Display options:** All Entries

**11/12/2026**

**Cert Serv of Interrog Filed**
Certificate of Service - Defendants Interrogatories Directed to Plaintiff.
**Filed By:** WILLIAM ALLEN BRASHER
**On Behalf Of:** LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.

**Entry of Appearance Filed**
Entry of Appearance of William Brasher.
**Filed By:** WILLIAM ALLEN BRASHER
**On Behalf Of:** LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.

**10/16/2026**

**Agent Served**
Document ID - 26-SMCC-810; Served To - LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.; Served Date - 10/14/2026; Served Time - 11:16:00; Service Type - SD; Reason Description - SERV; Service Text -

**Notice of Service**
26-SMCC-810.

**09/29/2026**

**Notice**
CLERK CALLED PLAINTIFF TO LET THEM KNOW THAT ALL PAPERWORK FAXED HAD BEEN RECEIVED AND CASE ENTERED INTO THE SYSTEM AS OF 9-28-2026

**Judge/Clerk - Note**
SERVICE PACKET MAILED TO ST LOUIS COUNTY SHERIFF'S DEPT ALONG WITH THE CHECK FOR FEE. CHECK #872417

**Summons Issued-Circuit**
Document ID: 26-SMCC-810, for LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.

**09/28/2026**

**Filing:**
SERVICE INFORMATION
**Filed By:** DANIEL MAURICE CARTER

**Request Filed**
NOTICE FOR SUMMONS TO BE ISSUED
**Filed By:** DANIEL MAURICE CARTER

**Confid Filing Info Sheet Filed**

**Filed By:** DANIEL MAURICE CARTER

**Pet Filed in Circuit Ct**

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
10/14/2026
CT Log Number 553657319

## Service of Process Transmittal Summary

**TO:** Ashley Hounchell, Corporate Legal Counsel Litigation
Love's Travel Stops and Country Stores, Inc.
10601 N PENNSYLVANIA AVE
OKLAHOMA CITY, OK 73120-4108

**RE:** **Process Served in Missouri**

**FOR:** Love's Travel Stops & Country Stores, Inc. (Domestic State: OK)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: DANIEL CARTER // To: Love's Travel Stops & Country Stores, Inc. |
| **CASE #:** | 26PHCV01738 |
| **NATURE OF ACTION:** | Personal Injury - Vehicle Collision |
| **PROCESS SERVED ON:** | C T Corporation System, St Louis, MO |
| **DATE/METHOD OF SERVICE:** | By Process Server on 10/14/2026 at 11:58 |
| **JURISDICTION SERVED:** | Missouri |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, Sarah Glick sarah.glick@loves.com<br>Email Notification, Coree Stevenson coree.stevenson@loves.com<br>Email Notification, Ashley Hounchell ashley.hounchell@loves.com<br>Email Notification, Tripp Lopez tripp.lopez@loves.com<br>Email Notification, Tanya Bryant tanya.bryant@loves.com<br>Email Notification, Cecilia Hay cecilia.hay@loves.com<br>Email Notification, Kelly Burks kelly.burks@loves.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>5661 Telegraph Rd Ste 4B<br>St Louis, MO 63129<br>8775647529<br>MajorAccountTeam2@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

# PROCESS SERVER DELIVERY DETAILS

**Date:** Wed, Oct 14, 2026
**Server Name:** Drop Service

| | |
|---|---|
| Entity Served | LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. |
| Case Number | 26PH-CV01738 |
| Jurisdiction | MO |

| Inserts | | |
|---|---|---|
| | | |

SERVE

# Summons in Civil Case

IN THE 25TH JUDICIAL CIRCUIT, PHELPS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ZACHARY HAMILTON ARMFIELD | **Case Number: 26PH-CV01738** | |
| Plaintiff/Petitioner:<br>DANIEL MAURICE CARTER<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL MAURICE CARTER<br>PO BOX 242183<br>MILWAUKEE, WI 53224 | |
| Defendant/Respondent:<br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. | Court Address:<br>200 N MAIN, SUITE 201<br>COURTHOUSE 2ND FLOOR<br>ROLLA, MO 65401 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to:** **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.**
**Alias:**
**R/A: C T CORPORATION SYSTEM**
**5661 TELEGRAPH RD STE 4B**
**SAINT LOUIS, MO 63129**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***PHELPS COUNTY***

29-SEP-2026
Date

/S/ MARLAINA WALLACE BY G.P.
Clerk

**Further Information:**

Case Number: 26PH-CV01738

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ______________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

______________________________ (name) ______________________________ (title).

☐ other: ______________________________.

Served at ______________________________ (address)

in ______________________________ (County/City of St. Louis), MO, on ______________ (date)

at ____________ (time).

______________________________ Printed Name of Officer or Server

______________________________ Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ______________________ (date).

*(Seal)*

My commission expires: ______________ Date ______________________ Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - PHELPS - October 16, 2026 - 09:17 AM

RETURN TO CLERK

SIB 10/29

# Summons in Civil Case

IN THE 25TH JUDICIAL CIRCUIT, PHELPS COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>ZACHARY HAMILTON ARMFIELD | **Case Number: 26PH-CV01738** | |
| Plaintiff/Petitioner:<br>DANIEL MAURICE CARTER<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>DANIEL MAURICE CARTER<br>PO BOX 242183<br>MILWAUKEE, WI 53224 | |
| Defendant/Respondent:<br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC. | Court Address:<br>200 N MAIN, SUITE 201<br>COURTHOUSE 2ND FLOOR<br>ROLLA, MO 65401 | (Date File Stamp for Return) |
| Nature of Suit:<br>CC Pers Injury-Other | | |

**The State of Missouri to:** **LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.**
**Alias:**
**R/A: C T CORPORATION SYSTEM** 30 C TCOR
**5661 TELEGRAPH RD STE 4B** Sw.
**SAINT LOUIS, MO 63129**

**Other Addresses:**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***PHELPS COUNTY***

| 29-SEP-2026 | /S/ MARLAINA WALLACE BY G.P. |
|---|---|
| Date | Clerk |

**Further Information:**

2026 OCT -8 AM 8:57

RECEIVED

AJ 10/9/26 26-57230

SJRC (07-25) SM30 (SMCC) *For Court Use Only:* **Document ID # 26-SMCC-810**
1 of 2 (26PH-CV01738)
Civil Procedure Form No. 1, SCR 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Electronically Filed - PHELPS - October 16, 2026 - 09:17 AM

**Case Number: 26PH-CV01738**

## Officer's or Server's Return

**Note to serving officer:** Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:

________________ (name) ________________ (title).

☑ other: CT CORPORATION ccw Asa 85.

Served at 5661 Telegraph Rd., Ste 4B., St. Louis Mo 63129 (address)

in St. Louis County (County/City of St. Louis), MO, on 10/14/26 (date)

at 11:16 (time).

Kevin Kerr ________________ [signature]

Printed Name of Officer or Server — Signature of Officer or Server

**Must be sworn before a notary public if not served by an authorized officer.**

Subscribed and sworn to before me on ________________ (date).

*(Seal)*

My commission expires: ____________ ____________

Date — Notary Public

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - PHELPS - November 12, 2026 - 08:30 AM

**IN THE CIRCUIT COURT OF PHELPS COUNTY, MISSOURI**

DANIEL CARTER,

Plaintiff,

v.

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,

Defendant.

Cause No. 26PH-CV01738

**ENTRY OF APPEARANCE**

COMES NOW William A. Brasher of the law firm of HOLMES PETERS, LLC, and hereby enters his appearance on behalf of Defendant Love's Travel Stops & Country Stores, Inc. and requests the Clerk of the Circuit Court and all counsel to direct all correspondence, notices, pleadings and documents regarding the above-styled cause to William A. Brasher, HOLMES PETERS, LLC, 1010 Market Street, Suite 950, St. Louis, Missouri 63101 (wbrasher@holmespeters.com.

Respectfully submitted,

/s/ William A. Brasher

William A. Brasher, ##30155
**HOLMES PETERS, LLC**
1010 Market Street, Suite 950
St. Louis, Missouri 63101
P: (314) 621-7700
F: (314) 621-1088
wbrasher@holmespeters.com

***Attorneys for Defendant***

Electronically Filed - PHELPS - November 12, 2026 - 08:30 AM

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of November 2026, the foregoing was filed electronically with the Clerk of Court using the Missouri e-filing system and to be served by operation of the Court's electronic filing service on:

Daniel Carter
**Plaintiff, Pro Se**
P.O. Box 242183
Milwaukee, WI 53224
danielallthetime@gmail.com

/s/ William A. Brasher

Electronically Filed - PHELPS - November 12, 2026 - 10:28 AM

**IN THE CIRCUIT COURT OF PHELPS COUNTY, MISSOURI**

| | |
|---|---|
| DANIEL CARTER,<br><br>Plaintiff,<br><br>v.<br><br>LOVE'S TRAVEL STOPS & COUNTRY STORES, INC.,<br><br>Defendant. | Cause No. 26PH-CV01738 |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on this 12th day of November, 2026, that a true copy of the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system and that Defendant, Love's Travel Stops & Country Stores, Inc.'s First Interrogatories were sent via email to all counsel of record.

Respectfully submitted,

/s/ *William A. Brasher*

William A. Brasher, #30155
**HOLMES PETERS, LLC**
1010 Market Street, Suite 950
St. Louis, Missouri 63101
P: (314) 621-7700
F: (314) 621-1088
wbrasher@holmespeters.com

***Attorneys for Defendants, Love's Travel Stops & Country Stores, Inc.***